UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS LEWIS JONES,

       Petitioner,

                                                        Case No. 1:08-CV-916

v.

                                                        HON. ROBERT HOLMES BELL

BLAINE C. LAFLER,

       Respondent.

                                       /

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PETITION FOR WRIT OF HABEAS CORPUS

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Petitioner's objections to the Report and Recommendation of the Magistrate Judge (Dkt. No. 79) are **OVERRULED**.

**IT IS FURTHER ORDERED** that Petitioner's motion for liberal construction of his habeas corpus petition (Dkt. No. 81) is **GRANTED**.

**IT IS FURTHER ORDERED** that Petitioner's motion to stay proceedings based on newly discovered evidence (Dkt. No. 87) is **DENIED**.

**IT IS FURTHER ORDERED** that the March 30, 2012, Report and Recommendation of the Magistrate Judge (Dkt. No. 70) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's petition for writ of habeas corpus (Dkt. No. 1) is **DISMISSED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.


Dated: <u>January 16, 2013</u>               <u>/s/ Robert Holmes Bell            </u>
                                             ROBERT HOLMES BELL
                                             UNITED STATES DISTRICT JUDGE